# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 AUG 20 P 2: 17

CLERK OF COURT

(Full name of plaintiff(s))

Richard Schneider

v.

(Full name of defendant(s))

Wellpoint Care Network

Case Number:

**25-C 1251**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ (State) and resides at

   __5056A S Packard ave, Cudahy, WI__ (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
   (Name)

Complaint – 1

To whom it may concern -

Please accept this as my formal grievance for an incident that occurred on January 21, 2025. On that date, Ms. Buss, the supervisor for my case, came to my court date and reported to Judge Ronnie Murray, that I used a racial slur towards my case manager, Ms. Rodriguez. Ms. Buss reported that information without ever speaking to my visitation worker, Sammie Howard, who was present at the time that the alleged incident occurred. Despite me repeatedly asking her to speak to my visitation worker, she refused to do so. Ms. Buss simply came to court and without being asked, offered up this information without any investigation occurring as to its validity. When confronted about the alleged incident, I explained to Ms. Buss that I had cameras in my home and attempted to tell her that I could show her the video footage, however she refused to hear me and instead immediately told me it was illegal for me to have cameras in my home, and for visits to be recorded. She never once asked to see the footage but instead repeatedly told me what I could and could not legally have in my home. Which, on that note, it is perfectly legal for me to have cameras in my home and record anyone who voluntarily enters, with or without their permission. In February 2025, the visitation notes, authored by Mr. Howard, were received by the agency. Despite it being clear that there was absolutely no mention of the incident Ms. Rodriguez reported occurring during the visit on January 21, 2025, both Ms. Buss and my case manager, AJ McBride, continued to insist that I had not only used a racial slur towards Ms. Rodriguez but that I had also been verbally aggressive towards her and made her feel unsafe in my home – NONE of which there was any evidence of outside of Ms. Rodriguez' fabricated statement. That being said, my supervised visitation worker who was present for the alleged incident, Mr. Sammie Howard, testified on July 28, 2025, under oath, in front of the Honorable Nihdi Kashyap, and stated the situation, as Ms. Rodriguez reported, never occurred. Mr. Howard testified that I did not yell at Ms. Rodriguez, I was not inappropriate with Ms. Rodriguez, and I definitely NEVER used any racial slur towards Ms. Rodriguez. Mr. Howard further testified that shortly after the visit Ms. Rodriguez contacted him via phone and from his perspective, "tried to convince him to agree with her that Mr. Schneider had been somehow aggressive towards her". Mr. Howard further testified that Ms. Rodriguez "seemed to be upset when he(Mr. Howard) disagreed with her about Mr. Schneider acting aggressively or inappropriately towards her." Given that there has now been testimony, under oath, by an uninterested 3rd party, that the situation that Ms. Buss reported to the court, never occurred, I am hopeful that the situation can

be appropriately investigated by your agency. Especially since that fabricated situation has been repeatedly used against me to insist that I am impulsive, aggressive, and unsafe. In turn, it has been used as a basis for Mr. McBride and Ms. Buss to continue to refuse to increase my visitation with my daughter. In September 2024, the agency was ordered to increase my visitation on a consistent basis provided there were no safety concerns. Since January 2025, the agency has refused to do so based on an allegation made by Ms. Rodriguez and perpetuated by Ms. Buss and Mr. McBride, despite having no evidence that the allegation was true and in fact having evidence since February 2025(via sup. visitation notes)that the alleged incident never occurred. Your agency has not only ignored a judges direct order to consistently increase my visitation but has also relied on false allegations to support its failure to make reasonable efforts to effectuate the sole goal of reunification.

I would appreciate these matters being appropriately investigated. Please contact me or my lawyer if you have further questions.

To whom it may concern your honor or otherwise, I am filing this civil rights lawsuit. Because of the 14th amendment violation and due process clause and the equal protection act for parents. I am only involved in this case because my DNA was a match for a beautiful daughter I have now. They took from the mother due to substances in the system. After being adjudicated to father on December 8, 2023 m. I was under the presumption because of the constitution fourth amendment in 14th amendment. My daughter would be handed over to me seeing as I had nothing to do with the situation besides. My DNA matching no relationship with the mother or knowledge of knowing I was having a child. Then I was told I was on a chips petition for neglect and abuse civil case only. I asked for a jury trial and my jury trial was taken. From me because I had no involvement in the original part of the case, which is violation of due process then I proceeded to do everything. The judge required as he had asked, and I was only met with prejudiced from (WellPoint Care Network)after doing everything the judge asked and so low reunification was the judges desire. They proceeded to file a termination of parental rights case. Due to a federal law the safe child act which consist of 15 months out of home out of 22 months. They can file for the child safety. File for termination of parental rights, so the child doesn't linger in foster care. After doing everything, the judge ordered and required the (Wellpoint Care network) caseworkers started operating under the color of law, lying to judges making up fictitious situations that have been testified to under oath in court by non-bias third parties again, the second letter attached, I would like you to Read over thank you so much. I would appreciate my constitutional rights being upheld. Thank you for your time.

is (if a person or private corporation) a citizen of ___Wisconsin___
(State, if known)

and (if a person) resides at ___8901 W Capitol Dr, mil, WI, 53222___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Wellpoint Care Network___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. "Emily Rodriguez, Kalee Buss, Talia Olson, AJ McBride. 2. They have all lie to my judges, They all refused to follow a judges direct orders. 3. Between 12, 8, 2023. 4. In milwaukee, WI, Children's court system. 5. They did it in order to violate my Constitutional rights (1, 4, 14) and illegally keep my daughter from her family. All because of discrimination, prejudice, and biased towards the caregivers. They got license to adopt my daughter. As of August, 2024

Complaint – 2



Complaint – 3

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like these people held accountable for lying under oath and violating, and asking me to violate judges orders. For violating my Constitutional rights. As far as compensation financially. There is no way for me to calculate the price my daughter and I have paid over roughly the last two years. I do know it has cost us everything financially, emotionally, and physically.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __20__ day of __August__ 20__25__.

Respectfully Submitted,

_____
Signature of Plaintiff

__414-573-3956__
Plaintiff's Telephone Number

__Rich-Karma145@yahoo.com__
Plaintiff's Email Address

__5056ᴬ S Packard Ave__
__Cudahy, WI 53110__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5