# <u>AMENDED</u> COMPLAINT

### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 SEP 26  P 2: 16

CLERK OF COURT

(Full name of plaintiff(s))

Richard Schneider

_____

_____

v.

(Full name of defendant(s))

Well Point Care Network

_____

_____

Case Number:

25-cv-1251-pp

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
(State)

__5056ᴬ S. Packard Ave  Cudahy  WI 53110__
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __WellPoint Care Network__
(Name)

Amended Complaint – 1

is (if a person or private corporation) a citizen of _Wisconsin_

(State, if known)

and (if a person) resides at _8901 w Capitol Dr, Milwaukee, WI 53222_

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Same_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Wellpoint Care Network, have violated my Constitutional rights. The 4, 14 Amendments. under the color of law while, working for the "Department of Child protective services and the Wisconsin child's courts. Ms Rodriguez, and Ms. Buss, have lied under oath to judges. Which violates Due process. They have violated judges orders. Which is comtempt of court and violation of Due process. Ms. Buss has lied under sworn oath to judges

Amended Complaint – 2

They have done All of this ever since 12/8/23. in the state of Wisconsin, Milwaukee. All over my daughter who was born on 9,22,23. Without my knowledge. Without me having any part of it. She was taken from her mother because of drug's in her system. I was adjudicated as the father 12-8-23. An I have not been allowed to attend medical appointments. Where it violates 14th Amendment. Where parent's have the right to make medical decisions. They had my daughter lisenson to adopt as of August, 2024. Where I the father have been fighting the state of Wisconsin continuously in order to be part of my daughter's life. On the date of 1-21-25 my judge ordered a court date for 3-17-25. He made it very clear in court. The the order of solo reunification was the only goal and order. Against the judges orders. Wellpoint Care Network

Amended Complaint – 3



filed a termination of parental rights case. Which is contempt court and violation of due process. I have proof of everything said and done.

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like to sue for $50 million. For the two years of my daughters' life Which is irreplaceable. I would like the company Which is acting under the color of law. Because they are sanctioned by the Department of child protective services to hold the party's accountable.

Amended Complaint – 4

E. JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___9___ day of __26_____ 20_25_.

Respectfully Submitted,

_____
Signature of Plaintiff

414-573-3956
_____
Plaintiff's Telephone Number

Rick_Karma_145 @ yahoo.con
_____
Plaintiff's Email Address

5056ᵗʰ s Packard Ave
Cudahy, WI 53110
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

Amended Complaint – 5