UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICHARD SCHNEIDER,

   Plaintiff,

  v.

WELLPOINT CARE NETWORK,

   Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 25-cv-1251-pp

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

  **THE COURT ORDERS AND ADJUDGES** that the amended complaint is **DISMISSED** for failure to state a claim upon which a federal court can grant relief.

  **THE COURT ORDERS** that this case is **DISMISSED WITH PREJUDICE**.

  Approved and dated in Milwaukee, Wisconsin this 9th day of January, 2026.

       BY THE COURT:

       _____
       **HON. PAMELA PEPPER**
       **Chief United States District Judge**

       LINDA M. KLEMM
       Clerk of Court

       s/ *Cary Biskupic*
       (by) Deputy Clerk